# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
        Plaintiff,

  v.                                                       **Case No. 13-CR-134**

**JAMIE MOODY**
        **Defendant.**

## ORDER

On July 14, 2015, I sentenced defendant Jamie Moody to 33 months in prison, running consecutively to a state sentence. On June 2, 2016, defendant filed a request that I grant credit for time in pre-trial detention and grant a sentence reduction for compassionate reasons given his wife's health problems. The Bureau of Prisons determines sentence credit, not the district court, see 18 U.S.C. § 3585(b); United States v. Wilson, 503 U.S. 329 (1992), and the district court generally lacks authority to modify a sentence after it has been imposed. 18 U.S.C. § 3582(c). The court may under § 3582(c)(1)(A) reduce a sentence for extraordinary and compelling reasons, but only on the motion of the Director of the BOP. Defendant's request triggers none of the exceptions in § 3582(c).

**THEREFORE, IT IS ORDERED** that defendant's request (R. 69) is **DISMISSED**.

Dated at Milwaukee, Wisconsin, this 13th day of June, 2016.

                                            /s Lynn Adelman
                                            LYNN ADELMAN
                                            District Judge